FILED

Nov 12  2 56 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

U.S. DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANTOINETTE BLUNT,<br>individually and by/through<br>HENRY WINIARSKI, Conservator of the<br>Estate and Person of Antoinette Blunt<br>Plaintiff | : | CIVIL ACTION NO.<br>3 02 CV 0518 MRK |
| V. | : | |
| BRANDON O'BRIEN and<br>THE CITY OF HARTFORD<br>Defendants | : | NOVEMBER 12, 2003 |

### PLAINTIFF'S PROPOSED VOIR DIRE

#### I. JUROR'S EMPLOYMENT AND EDUCATION

1. What is your age?

2. Where did you attend elementary school and high school?

3. Did you continue your formal education past high school?
   If yes, where and for how long?

4. What subjects did you take in college?

5. What was your major field of study?

6. What college degrees do you hold?

7. Are you employed? If so, by whom and how long/

8. Please briefly describe your duties in your job or profession.

9. What is your prior work experience for the past five years?

10. What are the academic requirements for your employment?

11. Have you ever been called to Court to testify as a result of your professional work?

12. Would your specialized knowledge work to the advantage or disadvantage of any party to this case?

13. Do you plan to change jobs in the near future? If yes, why? Where do you plan to go? What kind of job do you plan to seek?

## II. **MARITAL STATUS AND EMPLOYMENT OF SPOUSE**

1. What is your marital status?

2. How long have you been married?

3. Is your spouse employed? If so, please described your spouse's employment.

4. (If relevant) Does your spouse discuss his/her work with you? If so, what does he/she tell you about it?

5. Since your wife/husband works, how long has he/she been in his/her present job?

6.  What did he/she do before?

### III. FAMILY, RESIDENCE AND EMPLOYMENT

1.  Do you have parents who live in this area?

2.  Is your father retired? Is your mother retired?

3.  What is their employment?

4.  Do you have any brothers or sisters?

5.  What is the employment of your brothers and sisters?

6.  Do you have any children? If so, how many and what are their ages and sex?

7.  Are any of your children employed?

8.  By whom are they employed?

9.  What are the occupations of your children?

10. Where have you resided for the last ten years?

## IV. PRIOR JURY DUTY

1. Have you had prior jury duty?

2. What kind of case did you serve on as a juror?

3. Was it a civil case or a criminal case?

4. How did you feel about your prior jury duty? Was it a favorable or unfavorable experience?

5. Is there anything from your previous jury duty which would prevent you from giving this case a fair hearing?

6. Do you think that your prior jury service will in any way affect your evaluation of this case? How?

## V. FAMILIARITY WITH OTHER JURORS

1. Do you know or are you familiarity with the other jurors who have been impaneled for this case. If so, how?

2. Do you feel that you could make an independent judgment of this case based upon what you would hear during the trial and from the Judge?

## VI. ANY FEELING OF INABILITY TO BE FAIR

1. Do you have any feeling toward the parties or the attorneys which would affect your ability to be fair and impartial?

2. Does anything come to mind that would make you feel in the slightest any reluctance to serve on this jury for any reason?

4

3. Did any of you hear anything said by me or by the defense lawyers, anybody, that gave you a feeling that you would tend to favor, before you ever heard any evidence, but that would make you tend to lean a little bit towards one side or the other in this case?

## VII. INVOLVEMENT IN LITIGATIONS

1. Have you ever been a party to a lawsuit? If so, were you the plaintiff -- the person bringing the action, or the defendant - person defending the case?

2. What was involved in that case?

3. Were you generally satisfied with the outcome of the case?

4. Have you ever been a witness in a lawsuit? If so, did you testify in court or were you just interviewed outside the courtroom with your statement being taken in a form of a deposition?

5. Has any claim ever been made by you or against you as a result of injuries sustained? If you made a claim, was it settled? If so, when and what did the claim involve? Were you satisfied with your settlement?

6. Have you every been personally sued?

7. Has any close relatives or friends been sued or initiated a claim or lawsuit as a result of injuries sustained?. Tell me about it. What did you think?

8. Do you feel that you might be a little more difficult to persuade because you have been through the experience of being a defendant in a lawsuit?

11. Do you believe people are entitled to compensation if they have sustained injury due to someone's conduct?

5

12. Would you agree that you should not sit on this case, that it would be unfair to the parties in this case if you did so, that your prior experience of being sued cause you to feel suspicious of people who bring lawsuits?

13. Would this fact of you being a defendant and being sued have a bearing on your judgment in this case?

14. Would you feel more comfortable if you were excused rather than sitting on this jury?

15. (Assuming that perspective veniremen was neither a witness nor a party to any lawsuit) Now, while you have informed me that you have neither been a witness nor a party to a lawsuit in the past, have you had any member of your family or close friend who has either been a party or a witness in a lawsuit?

   If so, would you please tell me about those events? Because of that close relationship to that person, do you have certain thoughts or concepts or feelings regarding the judicial system of this country? If you do, would you please share those with me?

### VIII. ATTITUDE TOWARD JUSTICE SYSTEM

1. Do you feel, just based on the experience that you have had with the justice system or things that you may have read in the newspaper or seen on T.V., like a lot of us watch legal shows on T.V., that the way we resolve disputes in America by filing a lawsuit is not the right way, or any negative feelings along those lines?

2. Do you believe that those feelings create doubt in your mind as to whether you would be able to sit here and hear all the evidence?

3. Do you have negative feelings about personal injury cases and people who bring them?

4. Do those feelings create a doubt in your mind as to whether you would be able to sit here and hear all the evidence impartially and fairly to everyone?

6

## IX. CONTACT WITH ATTORNEYS

1. Are any of your relatives or friends attorneys?

2. How would you describe your relationship with him or her?

3. Do you have any attorney who handles legal matters for you?

4. Have you ever been represented by an attorney in any type of dispute? If so, was the outcome favorable to you? Were you satisfied with your attorney? What was your impression of the legal system?

## X. INJURIES

1. Have you or anyone close to you (friends or relative) ever had an injury as a result of an encounter with the police? Did they made a claim against the responsible party. If yes, would you tell us about the injury? Do you feel they were incorrect in seeking compensation for their injuries?

## . XI. GENERAL ATTITUDES TOWARD BRINGING SUIT AND AWARDING DAMAGES

1. Do you have any objections to a person coming to court and asking to be compensated with money for an injury or damages that has been done?

2. If you were injured by the conduct of another, would you expect that whatever damages resulted from that conduct would be compensated for by the responsible person?

3. Are you aware that money is the only form or compensation that a person can seek under system or justice? Do you have any problems with that?

4. Do you feel that you would find it impossible to place a money value for the damages suffered even though this may be your duty as a juror?

7

5. If the evidence justifies a large award, would you be reluctant to award a large sum of money?

6. In other words, do you feel that you have fixed ideas on what a maximum award should be? By that I mean, regardless of what the losses or injuries are, would you simply say to yourself that I would not award more than "x" dollars, whatever that figure may be? Do you feel that way?

7. Have you, in your mind, set a top limit, so that you would never reach a verdict in excess of a certain amount regardless of the evidence?

8. If the evidence in this case shows that a substantial award is justified, would you have any hesitation about making such an award?

## XII. FAIR TRIAL TO BOTH PLAINTIFF AND DEFENDANT

1. If the plaintiff proves his case under the law and the evidence, is there any reason he cannot get a fair trial by you?

2. Will you find a verdict for the plaintiff if the case is proven?

3. Are all parties starting off level or equal?

4. Do you come to this court with a free and open mind as you sit here now?

5. Do you have any particular wish as to who may win or lose this case as you sit here today?

## XII POLICE OFFICER INVOLVEMENT

1. Do you have any connection with a police officer or a police department or law enforcement?

2. Do you have any relatives or friends who are connected with the police or with any type of law enforcement agency?

3. Is there anything in your lifestyle, that is, in your job or hobby or any part-time activity, that causes you to come in contact with the police or any law enforcement agency?

4. Do you believe a police officer's testimony bears more credibility than any other party or witness involved in the case?

          PLAINTIFF, Antoinette Blunt, individually and by/through Henry Winjarski, Conservator of the Estate and Person of Antoinette Blunt

By_____
    Steven R. Dembo for
    Berman, Bourns, Aaron & Dembo, LLC
    970 Farmington Avenue
    West Hartford, Connecticut 06107
    Phone: (860) 232-4471
    Fax: (860) 523-4605
    CT 08554