FILED
Nov 12   2 55 PM '03
U.S DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANTOINETTE BLUNT,
Individually and by/through
HENRY WINIARSKI, Conservator of
The Estate and Person of Antoinette
Blunt
           Plaintiff          : CIVIL ACTION NO.:
                                        3 02 CV0518 MRK

VS.

BRANDON O'BRIEN and
THE CITY OF HARTFORD,
           Defendants       : November 12, 2003

## MOTION TO AMEND ANSWER

Pursuant to Federal Rule of Civil Procedure 15(a) and Local Rule 7(a), the defendants move the court to amend his answer by adding the proposed special defense attached hereto.

In support of the motion, the court is respectfully referred to the attached Memorandum.

This is the defendants' first Motion to Amend their answer. The undersigned has called plaintiff's counsel and he does not consent.

                              DEFENDANTS,

                              By _____
                              William J. Melley III
                              250 Hudson Street
                              Hartford, Connecticut 06106
                              (860) 247-9933
                              fax: (860) 247-9944
                              Federal Bar No. CT 06355

## **CERTIFICATION**

This is to hereby certify that a copy of the foregoing was mailed this date to:

Steven R. Dembo, Esquire
Berman, Bourns, Aaron & Dembo, LLC
970 Farmington Avenue
West Hartford, CT 06107

Robert J. Kor, Esquire
1001 Farmington Avenue
West Hartford, CT 06107

                              _____
                              William J. Melley III

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

ANTOINETTE BLUNT,
Individually and by/through
HENRY WINIARSKI, Conservator of
The Estate and Person of Antoinette
Blunt
              Plaintiff       : CIVIL ACTION NO.:
                              3 02 CV0518 MRK

VS.

BRANDON O'BRIEN and
THE CITY OF HARTFORD,
              Defendants     : November 12, 2003

### MEMORANDUM IN SUPPORT OF MOTION TO AMEND ANSWER

In the above-entitled case, the plaintiff has brought constitutional claims, arising from her arrest including excessive force. The defendant has denied the claim.

The defendant has set up special defenses including qualified immunity. The proposed special defense adds in the dimension of the plaintiff's conduct at the time of the arrest.

The purpose of the amendment is to clarify the pleadings, conform the issues in the pleadings to the argument previously made and to clarify the issues of controversy.

Fed. R. Civ. P. 15(a) provides that in cases such as this where a responsive pleading has been served, a party may amend its pleading only by leave of court or consent of the adverse party. The rule further provides that leave "shall be freely

given when justice so requires." Id. In <u>Forman v. Davis</u>, 371 U.S. 178 (1962), the Supreme Court explained that:

> If the underlying facts or circumstances relied upon by a plaintiff may be a proper subject of relief, he ought to be afforded an opportunity to test his claim on the merits. In the absence of any apparent or declared reason—such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of the allowance of the amendment, futility of the amendment, etc.—the leave should, as the rules require, be 'freely given.'

<u>Forman</u>, 371 U.S. at 182.

See <u>Absher v. Flex International</u>, March 31, 2003, 3:02 CV 171(AHN)

The purposed amendment is not a new issue. The defendant submits it will not result in any prejudice to the plaintiff or result in any delay of the proceedings.

Wherefore, the defendant requests that the motion should be granted.

DEFENDANTS

By _____
William J. Melley III
250 Hudson Street
Hartford, Connecticut 06106
(860) 247-9933
fax: (860) 247-9944
Federal Bar No. CT 06355

## CERTIFICATION

This is to hereby certify that a copy of the foregoing was mailed this date to:

Steven R. Dembo, Esquire
Berman, Bourns, Aaron & Dembo, LLC
970 Farmington Avenue
West Hartford, CT 06107

Robert J. Kor, Esquire
1001 Farmington Avenue
West Hartford, CT 06107

_____
William J. Melley III

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANTOINETTE BLUNT,
Individually and by/through
HENRY WINIARSKI, Conservator of
The Estate and Person of Antoinette
Blunt
        Plaintiff          : CIVIL ACTION NO.:
                                            3 02 CV0518 MRK

VS.

BRANDON O'BRIEN and
THE CITY OF HARTFORD,
        Defendants        : November 12, 2003

## DEFENDANTS' PROPOSED SIXTH SPECIAL DEFENSE

The plaintiff had a duty to submit to the arrest and she had no right to refuse to submit to the arrest pursuant to Connecticut General Statutes §53a-23.

                                                DEFENDANTS,

                                                William J. Melley III
                                                250 Hudson Street
                                                Hartford, Connecticut 06106
                                                (860) 247-9933; fax: (860) 247-9944
                                                Federal Bar No. CT 06355

## *CERTIFICATION*

This is to hereby certify that a copy of the foregoing was mailed this date to:

Steven R. Dembo, Esquire
Berman, Bourns, Aaron & Dembo, LLC
970 Farmington Avenue
West Hartford, CT 06107

Robert J. Kor, Esquire
1001 Farmington Avenue
West Hartford, CT 06107

_____
William J. Melley III