CT/evmhrg (January 10, 2002

TOTAL TIME: **2** hours **0** minutes

HONORABLE **M. R. Krawitc**

DEPUTY CLERK _____

RPTR/ERO/TAPE _____

DATE **Nov 19, 2003**    START TIME **10:00**    END TIME **12:10**

LUNCH RECESS FROM _____ TO _____

**Blunt**

RECESS FROM _____ TO _____    (if more than 1/2 hour)

CIVIL NO. **3:02CV518MRK**

vs.

§
§
§  ☑ SEE ATTACHED CALENDAR FOR COUNSEL
§
§

Plaintiff's Counsel

**O'Brien**

Defendant's Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☐ (mhrgh) Motion Hearing    ☐ (confnhrg.) Confirmation Hearing    ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing    ☐ (evidhrg.) Evidentiary Hearing    ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing    ☐ (fairhrg.) Fairness Hearing    ☐ (stlmthrg.) Settlement Hearing
☑ (mischrg.) Miscellaneous Hearing **Pre trial conference**

MOTION
DOCUMENT NO.

| | | | | |
|---|---|---|---|---|
| ☑ .... **#29** | Motion **To Amend Answer** | ☑ granted | ☐ denied | ☐ advisement |
| ☐ .... **#** | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... **#** | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... **#** | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... **#** | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... **#** | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... **#** | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |

☐ .... ☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____

| | | |
|---|---|---|
| ☐ .... | _____ | ☐ filed ☐ docketed |
| ☐ .... | _____ | ☐ filed ☐ docketed |
| ☐ .... | _____ | ☐ filed ☐ docketed |
| ☐ .... | _____ | ☐ filed ☐ docketed |
| ☐ .... | _____ | ☐ filed ☐ docketed |
| ☐ .... | _____ | ☐ filed ☐ docketed |
| ☐ .... | _____ | ☐ filed ☐ docketed |
| ☐ .... | _____ | ☐ filed ☐ docketed |
| ☐ .... | _____ | ☐ filed ☐ docketed |
| ☐ .... | _____ | ☐ filed ☐ docketed |

☐ .... _____ Hearing continued until _____ at _____

10/07/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Pre-Trial Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Wednesday November 19, 2003

9:00 a.m.

CASE NO.   3-02-cv-518 Blunt v O'Brien
----------------------------------------------------------

COUNSEL OF RECORD:

Steven R. Dembo *Pla*            Berman, Bournes, Aaron & Dembo, LLC, 970
                                 Farmington Ave., West Hartford, CT
                                 860-232-4471

Robert J. Kor *Pla*              1001 Farmington Ave., West Hartford, CT
                                 860-521-2806

William J. Melley III *Def*      Law Offices of William J. Melley, III, 250
                                 Hudson Street, Hartford, CT 860-247-9933

                                          BY ORDER OF THE COURT
                                          KEVIN F. ROWE, CLERK

Held on the Record.