UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTOINETTE BLUNT, : | |
| Individually and by/through : | |
| HENRY WINIARSKI, Conservator of : | |
| the Estate and Person of Antoinette : | NO. 3:02CV518(MRK) |
| Blunt : | |
|           Plaintiff, : | |
| : | |
| v. : | |
| : | |
| BRANDON O'BRIEN and : | |
| THE CITY OF HARTFORD : | |
|           Defendants : | |

**<u>ORDER</u>**

    Defendants' Motion To Amend Answer (Doc. #29), dated November 12, 2003, is

GRANTED absent objection. The Clerk is directed to docket the Amended Answer.

IT IS SO ORDERED.

                                            /s/      Mark R. Kravitz
                                                        U.S.D.J.

Dated at New Haven, Connecticut: <u>November 19, 2003</u>