# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Blunt,                                    :
                                          :
                        Plaintiff,        :      NO.    3:02cv518 (MRK)
                                          :
v.                                        :
                                          :
                                          :
O'Brien, et al                            :
                                          :
                        Defendants.       :

## <u>SCHEDULING ORDER</u>

The Court having conducted a Pre-Trial Conference on November 19, 2003, the following schedule is hereby ordered:

1.      A settlement conference will be held in Chambers on **January 30, 2004** at 9:30 a.m. A decisionmaker empowered to make a binding decision on settlement for each party is required to attend.

2.      No later than **March 16, 2004**, the parties shall supplement their Pretrial Memorandum in accordance with the Court's instructions stated in open court on November 19, 2003.

3.      A Final Pre-Trial Conference will be held on **April 1, 2004** at 9:30 a.m.

4.      Jury selection will begin on **April 6, 2004** and the trial will directly follow.


IT IS SO ORDERED.

/s/        Mark R. Kravitz
                U.S.D.J.


Dated at New Haven, Connecticut: <u>November 20, 2003</u>