

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

ANTOINETTE BLUNT,
Individually and by/through
HENRY WINIARSKI, Conservator of
The Estate and Person of Antoinette
Blunt
          Plaintiff        : CIVIL ACTION NO.:
                             3 02 CV0518 MRK

VS.

BRANDON O'BRIEN and
THE CITY OF HARTFORD,
   Defendants                 : November 26, 2003

### DEFENDANTS' AMENDED ANSWER AND SPECIAL DEFENSES

**INTRODUCTORY STATEMENT**

      1.    As to the allegations contained in Paragraph 1, the Defendants have insufficient information or knowledge upon which to form a belief and leave the Plaintiffs to their proof thereof.

**JURISDICTION AND PARTIES**

      1.    As to the allegations contained in Paragraphs 2, 3 and 6, the Defendants have insufficient information or knowledge upon which to form a belief and leave the Plaintiffs to their proof thereof.

2. Paragraphs 4 and 5 are admitted.

**FACTUAL ALLEGATIONS**

1. As to the allegations contained in Paragraphs 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 18 and 19, the Defendants have insufficient information or knowledge upon which to form a belief and leave the Plaintiffs to their proof thereof.

2. Paragraph 17 is denied.

**AS AND FOR A FIRST CLAIM AGAINST DEFENDANT O'BRIEN INDIVIDUALLY**

1. The answers to Paragraphs 1 through 19 above are hereby made answers to Paragraphs 1 through 19 of the First Claim.

2. Paragraph 20 is denied.

3. As to the allegations contained in Paragraph 21, the Defendant O'Brien has insufficient information or knowledge upon which to form a belief and leaves the Plaintiffs to their proof thereof.

**AS AND FOR A SECOND CLAIM AGAINST DEFENDANT O'BRIEN INDIVIDUALLY**

1. The answers to Paragraphs 1 through 19 above are hereby made answers to Paragraphs 1 through 19 of the Second Claim.

    2.       Paragraph 20 is denied.

### AS AND FOR A THIRD CLAIM AGAINST DEFENDANT O'BRIEN INDIVIDUALLY

    1.       The answers to Paragraphs 1 through 19 above are hereby made answers to Paragraphs 1 through 19 of the Third Claim.

    2.       Paragraph 20 is denied.

### PENDENT CLAIMS

### AS AND FOR A FOURTH CLAIM AGAINST DEFENDANT O'BRIEN INDIVIDUALLY

    1.       The answers to Paragraphs 1 through 19 above are hereby made answers to Paragraphs 1 through 19 of the Fourth Claim.

    2.       Paragraph 20 is denied.

### AS AND FOR A FIFTH CLAIM AGAINST DEFENDANT O'BRIEN INDIVIDUALLY

    1.       The answers to Paragraphs 1 through 19 above are hereby made answers to Paragraphs 1 through 19 of the Fifth Claim.

    2.       Paragraph 20 is denied.

### AS AND FOR A SIXTH CLAIM AGAINST DEFENDANT O'BRIEN INDIVIDUALLY

1.  The answers to Paragraphs 1 through 19 of above are hereby made answers to Paragraphs 1 through 19 of the Sixth Claim.

2.  The answers to Paragraphs 20 and 21 of the first claim are hereby made answers to Paragraphs 20 and 21 of the sixth claim.

3.  The answer to Paragraphs 20 of the second and third claims are hereby made answers to Paragraphs 22 and 23 of the Sixth Claim.

4.  Paragraphs 24 and 25 are denied.

### AS AND FOR A SEVENTH CLAIM AGAINST DEFENDANT O'BRIEN INDIVIDUALLY

1.  The answers to Paragraphs 1 through 19 above are hereby made answers to Paragraphs 1 through 19 of the Seventh Claim.

2.  The answers to Paragraphs 20 and 21 of the first claim are hereby made answers to Paragraphs 20 and 21 of the seventh claim.

3.  The answer to Paragraphs 20 of the second and third claims are hereby made answers to Paragraphs 22 and 23 of the seventh claim.

4.  Paragraphs 24, 25 and 26 are denied.

### AS AND FOR AN EIGHTH CLAIM AGAINST DEFENDANT O'BRIEN INDIVIDUALLY

1. The answers to Paragraphs 1 through 19 above are hereby made answers to Paragraphs 1 through 19 of the Eighth Claim.

2. Paragraph 20 is denied.

3. As to the allegations contained in Paragraph 21, the Defendant O'Brien has insufficient information or knowledge upon which to form a belief and leaves the Plaintiffs to their proof thereof.

### AS AND FOR A NINTH CLAIM AGAINST DEFENDANT O'BRIEN INDIVIDUALLY

1. The answers to Paragraphs 1 through 19 above are hereby made answers to Paragraphs 1 through 19 of the Ninth Claim.

2. Paragraph 20 is denied.

### AS AND FOR A TENTH CLAIM AGAINST DEFENDANT CITY OF HARTFORD

1. The answers to Paragraphs 1 through 19 above are hereby made answers to Paragraphs 1 through 19 of the Tenth Claim.

2. The answers to Paragraphs 20 and 21 of the first claim are hereby made answers to paragraphs 20 and 21 of tenth claim.

3. The answers to Paragraphs 20 of the second, third, fourth fifth and ninth claims are hereby made answers to Paragraphs 22 through 26 of the tenth claim.

4. The answers to Paragraphs 20 through 25 of the sixth claim are hereby made answers to Paragraphs 27 through 32 of the tenth claim.

5. The answers to Paragraphs 20 through 26 of the seventh claim are hereby made answers to Paragraphs 33 through 39 of the tenth claim.

6. The answers to Paragraphs 20 and 21 of the eighth claim are hereby made answers to Paragraphs 40 and 41 of the tenth claim.

7. As to the allegations contained in Paragraph 42, the Defendant City of Hartford has insufficient information or knowledge upon which to form a belief and leaves the Plaintiffs to their proof thereof.

### FIRST SPECIAL DEFENSE

The defendant, acting under a reasonable fear of his imminent harm, acted in self-defense.

### SECOND SPECIAL DEFENSE

At all times referred to in the Complaint, the Defendant is immune from the liability for the claims alleged because his actions were reasonable and did not violate

any clearly established constitutional or statutory rights of the Plaintiff. Any actions by the named Defendant were reasonable and necessary under the circumstances.

### THIRD SPECIAL DEFENSE

At all times referred to in the Complaint, the Defendant is immune from liability for all claims as alleged because he acted in good faith and in that good faith believed that his actions were lawful and undertaken as a law enforcement officer of the City of Hartford.

### FOURTH SPECIAL DEFENSE

At all times referred to in the Complaint, the named municipal employee was engaged in discretionary activities as a law enforcement officers of the City of Hartford and therefore, is exempt from liability.

## FIFTH SPECIAL DEFENSE

The plaintiff had a duty to submit to the arrest and she had no right to refuse to submit to the arrest pursuant to Connecticut General Statutes §53a-23.

DEFENDANTS

By _____
William J. Melley III
250 Hudson Street
Hartford, Connecticut 06106
(860) 247-9933
fax: (860) 247-9944
Federal Bar No. CT 06355

## CERTIFICATION

This is to hereby certify that a copy of the foregoing was mailed this date to:

Steven R. Dembo, Esquire
Berman, Bourns, Aaron & Dembo, LLC
970 Farmington Avenue
West Hartford, CT 06107

Robert J. Kor, Esquire
1001 Farmington Avenue
West Hartford, CT 06107

_____
William J. Melley III