UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ANTONIETTE BLUNT

V.

BRANDON O'BRIEN,
CITY OF HARTFORD

Case Number: 3:02cv518 MRK

NOTICE TO COUNSEL
---------------------

The above-entitled case was reported to the Court on <u>January 29, 2003</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on February 28, 2003 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at New Haven, Connecticut, January 29, 2004.

KEVIN F. ROWE, CLERK

By: *Kenneth R. Ghilardi*
Kenneth R. Ghilardi
Deputy Clerk