Docket #3,02CV518 "MRK"    Judge Kravitz    2/20/04 Friday

FILED
'04 FEB 23 3:13 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

My name is Antoinette Blunt. I have a case of a settlement offer pending from the Antoinette Blunt v Brandon O'Brien case. I understand that a reply date needs to be entered by the 28th of March 2004. I ask or request an extension of time for at least 90 days to find or seek another attry who will listen to his client, confide and discuss all details in the client's case also letting the client make desions with them. I request this amount of time because I have paid Attorney Kor & Dembo $3075. and I receve disability from Social Security and I have 3yr child to take care of and I will need time to find out if I would be able to find and secure a Pro Bono attorney through the US District Court of New Haven in my area of which I live. I feel that the attry who I originally hired who is attorney Robert Kor has not represented me to his best abilities. Attry Dembo who he took on hasn't left me feeling my concerns were being met either. I feel I have been cheated and lied to by these two attorneys just so they can get what they want. I feel my bemfits never mattered to them at all. I feel taken advantaged of because of my situation in finance, where I live, and my ethnic background (especially now in feB Black History month). It feels like the story of Robin Hood, give to the rich and steal from the poor → The Anti-Robin Hood anyways I ask for the 90 day extension considering my finances as low income and I need to take a bus from Hartford

To New Haven, then a Cab to get there and fill out all the neccessary Pro Bono information I need in order to retain Services from a more Reliable civil attorney in my city. I thank you for Hearing me and this letter will be sent to

Attorney Melley 250 Hudson St 06106
Attorney Pembo 970 Farmington ave WH 06107
Attorney KOR 1001 Farmington ave WH 06107

Sincerely,
Antoinette Blunt

Certificate of Service