# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

*FILED*

FEB 24  2 59 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

AnToineTTe BlunT
**Name of Plaintiff/Petitioner**

v.                                    Case No. 302CV518 "MRK"

Brandon O'Brien
**Name of Defendant/Respondent**

## MOTION FOR APPOINTMENT OF COUNSEL

### PERSONAL/FINANCIAL DATA

1.  Your full name: AnToineTTe BlunT

    Your present mailing address: 305 Garden ST, 3rd flr

    HartFord, CT 06112

    Telephone number: (860) 548-9461

2.  Are you presently employed? YES ____ NO ✓

3.  If your answer to #2 is YES, please provide the name and address of your employer
    and the amount of your usual weekly earnings. _____

    _____

    _____

    Weekly earnings: _____

4.  If you are not presently employed, please provide the name and address of your
    last employer, the date (approximate) that you last worked, and the amount of
    weekly earnings you were receiving. Hetna US HealthCare

    6/98   June 98 Long-term Disability-Current

(Rev. 1/2/03)

Date last worked: _June 1998 before Car accident_

   Weekly earnings: _____

5.  Approximately how much money have you received in the past twelve months in the
    form of: _approximately 700.00 from SSD_    _Aetna Long-term Diability_
    a) salary, wages, commissions, or earned income of any kind? _431.00 per mth_

    b) interest, dividends, rents or investments of any kind? _____

    c) gifts or inheritances of any kind? _____

6.  How much money do you have in any checking or savings account(s)?

    Checking: _0_____

    Savings: _$25.00_____

    Prison account: _____

7.  Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other
    valuable property (excluding household items and clothing)?  YES ____  NO __✓__

    If YES, describe the property and state the approximate value: _____

    _____

    _____

8.  How much money do you owe others? _____

    For each debt, state the name of the creditor and the amount owed:
    CREDITOR                                    AMOUNT OWED
    _American Medical Response from April_    _744.00_
    _more that I haven't gathered_    _2000_    _____
    _On my own yet_    _____
    _$30,229.19 to Department of administrative Services_
    _____    _____

2

9. List the persons who depend upon you for support, and state your relationship to them.

Aaliyah Blunt DoB 10.12.00

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed? YES ____ NO ✓

If the answer is YES, please provide the following information for each such person:

Name: _____

Relationship: _____

Employer: _____

Weekly Earnings: _____

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney. I was just taken by 2 atteys one of whiched I hired the other attorney who he voluteeringly put on to the case I hired him for. I paid him over $3075.00 over the period of 3 yrs and he wants to settle where I would recieve Only approxiatmately $100.00 more than I paid him

NATURE OF YOUR CLAIM

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition. _____

_____

(Additional space on next page)

3

_____

_____

_____

_____

### EFFORTS TO OBTAIN AN ATTORNEY
The Court strongly suggests that you contact a minimum of three attorneys.

13.    Have you spoken with any attorney about handling your case?  YES ___✓___ NO __

14.    If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

a)  Attorney's name ~~Attorney~~ Robert Kor

Date you contacted this attorney _Already on Case_

Method of contact (in person, by telephone, etc.) _person & phone_

_____

Reason why attorney was not employed to handle your case _he was_ but he did not reprensent me or my Concerns or present all of my Document records on my and my daughter Aaliyah Blunt

b)  Attorney's name ~~Attry Dembo~~

Date you contacted this attorney _____

Method of contact (in person, by telephone, etc.) _person phone_

_____

Reason why attorney was not employed to handle your case _he is the_ Person who was put on the Case Volentary by the attry I hired Attry Kor.

4

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this information to the court.  See Local Rule 83.10(b)(4) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed.  See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 83.10(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so.  I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

Feb 23, 2004
_____
Date

_____
Original Signature of Movant

Antonette Blunt
_____
305 Garden ST, 3rd Flr
Hartford, CT 06112
_____
Printed Name and Address of Movant

(Rev. 1/2/03)

6

If this motion is being filed AFTER the case is opened, the movant is required to serve all opposing parties or their attorneys and a certificate of service is required, showing all parties served and their addresses in accordance with LR5(b). Failure to supply the certificate of service will result in the motion being returned to the movant, unprocessed.

I hereby certify that a copy of the foregoing motion was mailed to:

(List all defendants or counsel for defendants with address and date mailed.)

Attorney Steven Dembo

Attorney Robert Kor

Attorney Melley

Original Signature of Movant

(Rev. 1/2/03)

7



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

WEST HARTFORD, CT 06110

| | | |
|---|---|---|
| Postage | $ 0.60 | UNIT ID: 0003 |
| Certified Fee | 2.30 | Postmark |
| Return Reciept Fee (Endorsement Required) | 1.75 | Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KB9ONZ |
| Total Postage & Fees | $ 4.65 | 02/23/04 |

7003 2260 0001 1720 9877

Admin

Sent To State of Connecticut Probate
ATTN: Tom Gailey & James Lawlor
Street, Apt. No.; or PO Box No. 186 Newington Rd
City, State, ZIP+4 West Hartford CT 06110-2822

PS Form 3800, June 2002                     See Reverse for Instructions

7003 1010 0004 7437 4393

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

WEST HARTFORD, CT 06107

| | | |
|---|---|---|
| Postage | $ | 0.37 |

UNIT ID: 0003

| | |
|---|---|
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |

Postmark
Here

Clerk: KMGG43

| | | |
|---|---|---|
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.42 |

02/20/04

Sent To  Attorney Robert Kor
Street, Apt. No.; or PO Box No.  1001 Farmington ave
City, State, ZIP+4  West Hartford, CT 06107

PS Form 3800, June 2002                    See Reverse for Instructions

7003 1010 0004 7437 4379

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

HARTFORD, CT 06142

| | | |
|---|---|---|
| Postage | $ | 0.37 |

UNIT ID: 0003

| | |
|---|---|
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |

Postmark
Here

Clerk: KMGG43

| | | |
|---|---|---|
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.42 |

02/20/04

Sent To  Attorney Melley
Street, Apt. No.; or PO Box No.  250 Hudson ST
City, State, ZIP+4  Hartford, CT 06112

PS Form 3800, June 2002                    See Reverse for Instructions