**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

ANTOINETTE BLUNT,
Individually and by/through
HENRY WINIARSKI, Conservator of
The Estate and Person of Antoinette
Blunt
        Plaintiff        : CIVIL ACTION NO.:
                                      3 02 CV0518 MRK

VS.

BRANDON O'BRIEN and
THE CITY OF HARTFORD,
        Defendants            : February 25, 2004

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties stipulate to the voluntary dismissal with prejudice of the above action.

Accordingly, the parties move the court to enter an order of dismissal.

| THE DEFENDANTS | THE PLAINTIFF, |
|---|---|
| By_____ | By_____ |
| William J. Melley III, Esquire | Stephen R. Dembo, Esquire |
| 250 Hudson Street | 970 Farmington Avenue |
| Hartford, CT 06106 | West Hartford, CT 06107 |
| Federal Bar No.: | Federal Bar No.: |
| Tel.: (860) 247-993 | Tel.: (860) 232-4471 |
| Fax: (860) 247-9944 | Fax.: (860) 523-4605 |

PLAINTIFF,

By _____
Robert J. Kor, Esquire
1001 Farmington Avenue
West Hartford, CT 06106
Federal Bar No.:
Tel.: (860) 521-2806
Fax.: (860) 521-9491

### CERTIFICATION

This is to hereby certify that a copy of the foregoing was mailed this date to: 10th day of March, 2004

Steven R. Dembo, Esquire
Berman, Bourns, Aaron & Dembo, LLC
970 Farmington Avenue
West Hartford, CT 06107

Robert J. Kor, Esquire
1001 Farmington Avenue
West Hartford, CT 06107

_____
William J. Melley III