UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

BLUNT

V.                            Case Number: 3:02-cv-518MRK

O'BRIEN, Et al

**Stipulation for Dismissal, Doc. # 37, is GRANTED.
The case is hereby ordered closed.**

Dated at New Haven, Connecticut, March 12, 2004.

KEVIN F. ROWE, CLERK

By: _____
    Joanne Pesta
    Deputy Clerk