UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTOINETTE BLUNT, : | |
| Individually and by/through : | |
| HENRY WINIARSKI, Conservator of : | |
| the Estate and Person of Antoinette : | NO. 3:02CV518(MRK) |
| Blunt, : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| BRANDON O'BRIEN and : | |
| THE CITY OF HARTFORD, : | |
| Defendants : | |

## ORDER TO SHOW CAUSE

The Court having received two letters and a Motion to Appoint Counsel from Plaintiff as well as representations of settlement and a forthcoming Stipulation of Dismissal from counsel, the Court orders the parties, including Plaintiff, to show cause why Plaintiff's motions should not be granted, or why this case should not be dismissed, by **March 23, 2004**.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
          U.S.D.J.

Dated at New Haven, Connecticut: March 11, 2004