UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTOINETTE BLUNT, : | |
| Individually and by/through : | |
| HENRY WINIARSKI, Conservator of : | |
| the Estate and Person of Antoinette : | NO. 3:02CV518(MRK) |
| Blunt, : | |
|       Plaintiff, : | |
| : | |
| v. : | |
| : | |
| BRANDON O'BRIEN and : | |
| THE CITY OF HARTFORD, : | |
|       Defendants : | |

## **ORDER**

    Immediately before the Clerk docketed this Court's Order to Show Cause [doc. #39], the Clerk docketed a Stipulation of Dismissal [doc. #37] and issued an Order Dismissing Case [doc. #38]. In light of this development, the Order to Show Cause should now be construed as an order to show cause why the Order Dismissing Case should not be vacated and the case reopened. In responding to the Order to Show Cause, counsel who filed the Stipulation of Dismissal should attach relevant affidavits and exhibits supporting the dismissal. All responses will be filed by **March 23, 2004**.

                                        IT IS SO ORDERED.

                              /s/      Mark R. Kravitz
                                                    U.S.D.J.

Dated at New Haven, Connecticut: March 12, 2004