UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTOINETTE BLUNT, ET. AL.<br>Plaintiffs | : CIVIL ACTION NO.<br>: 3:02 CV0518 MRK |
| V. | : |
| BRANDON O'BRIEN, ET. AL.<br>Defendants.AL. | : MARCH 22, 2003 |

### AFFIDAVIT OF STEVEN R. DEMBO

STATE OF CONNECTICUT  )
                      ) ss: WEST HARTFORD    March 22, 2004
COUNTY OF HARTFORD    )

Personally appeared Steven R. Dembo of 970 Farmington Avenue, West Hartford, Connecticut 06107, and being previously sworn deposes and says:

1. I am over the age of eighteen (18) years and believe in the obligation of an oath.

2. I am admitted to practice law in the State of Connecticut.

3. This Affidavit is being made in response to the Court's orders of March 11, 2004 and March 12, 2004. Counsel have been ordered to show cause why the Order Dismissing Case of March 12, 2004, pursuant to stipulation, should not be vacated and the case reopened.

4. While attempting to comply with the aforementioned orders of the Court, the affiant remains mindful of his obligation to preserve attorney/client privilege with regard to communications with both Antoinette Blunt and Attorney Winiarski, the Conservator of the Person and Estate of Antoinette Blunt for all relevant periods of time. The affiant is further mindful of his duty not to prejudice Ms. Blunt's

1

claims, particularly in the event that the Court sets aside the Order Dismissing Case.

5. In or about May 2000 Attorney Henry C. Winiarski, Jr., as Conservator of the Person and Estate of Antoinette Blunt, authorized my co-counsel Robert J. Kor to investigate the facts surrounding an incident that occurred on March 31, 2000 with Antoinette Blunt and one or more officers of the Hartford Police Department.

6. In or about August 2001, Attorney Winiarski, as Conservator of the Person and Estate of Antoinette Blunt, authorized Attorney Robert J. Kor and myself, to commence this civil rights action on behalf of Antoinette Blunt. I was brought into the case as co-counsel by Attorney Kor.

7. Throughout the course of this litigation, Attorney Winiarski and Antoinette Blunt were kept informed of the progress of the case, including its strengths and weaknesses.

8. Attorney Winiarski, as Conservator of the Person and Estate of Antoinette Blunt, authorized Attorney Kor and me to settle Plaintiffs' claims for $15,000.00, subject to approval by the Hartford Probate Court. See, Application for Authority to Compromise Doubtful or Disputed Claim, dated February 5, 2004 (attached hereto); letter of Attorney Winiarski to Hartford Probate Court, dated February 5, 2004 (attached hereto); Notice of Probate Court Hearing, dated February 6, 2004, scheduling a hearing on said Application on February 19, 2004 (attached hereto).

9. On February 19, 2004, the Hartford Probate Court, Judge Robert Killian, Jr. presiding, held a hearing to consider Attorney Winiarski's Application for

Authority to Compromise Doubtful or Disputed Claim. I was not present at the hearing. Attorney Kor, Attorney Winiarski and Antoinette Blunt were present at the Probate Court. Attorney Kor and I spoke after the Probate Court hearing and he told me that at the hearing he summarized the litigation and the terms of the proposed settlement; provided the Court with a full accounting of all expenses/costs expended in the litigation along with proposed distributions of settlement proceeds; that Ms. Blunt informed the Court that she objected to the amount of the settlement and; that despite her objections, Judge Killian indicated that he found the $15,000.00 settlement to be reasonable and authorized Attorney Winiarski to accept the settlement on behalf of Antoinette Blunt.

10. On February 26, 2004, Attorney Winiarski, as Conservator of the Person and Estate of Antoinette Blunt, executed a General Release in consideration of the sum of $15,000.00 (attached hereto). A Stipulation of Dismissal was subsequently filed with the Court.

11. I have received the $15,000.00 settlement proceeds and same are being held in escrow in my Client Trust Funds Account pending the Court's decision.

Steven R. Dembo

Subscribed and sworn to before me this 22nd day of March 2004.

Lucille H. Brown
Notary Public – Comm. Exp. 10/31/06

3



TO THE PROBATE COURT FOR THE DISTRICT OF HARTFORD (064).

Estate of ANTOINETTE BLUNT, of Hartford, a voluntary representation.

APPLICATION FOR AUTHORITY
TO COMPROMISE DOUBTFUL OR DISPUTED CLAIM

The undersigned respectfully represents that:

1. He acts as voluntary representative conservator of the estate and person of Antoinette Blunt;

2. There is now pending in the U.S. District Court for the District of Connecticut an action captioned Antoinette Blunt v. Brandon O'Brien and the City of Hartford, which action seeks money damages for claimed violations of Ms. Blunt's civil rights by a Hartford police officer;

3. Ms. Blunt is represented in this action by Attorneys Robert Kor and Steven Dembo;

4. After a settlement conference, the judge to whom the case was assigned recommended a settlement of Ms. Blunt's claims for the sum of Fifteen Thousand ($15,000.00) Dollars, which the defendants are prepared to pay to conclude the matter and which Ms. Blunt's attorneys recommend accepting.

Wherefore, the undersigned requests authority from this Court to settle the lawsuit on the terms mentioned above and execute releases and settlement documents.

Dated at Hartford, Connecticut on February 5, 2004.

*[signature]*
Henry C. Winiarski Jr.

# HENRY C. WINIARSKI JR.
## ATTORNEY AT LAW

941 WETHERSFIELD AVENUE
HARTFORD, CONNECTICUT 06114-3137

*HARTFORD PROBATE COURT*
*2004 FEB -6 PM 1:56*

TELEPHONE
(860) 296-2127
FAX
(860) 296-2131

February 5, 2004

Cynthia A. Blair, Esq.
Hartford Probate Court
250 Constitution Plaza
Hartford, CT 06103

Re: Antoinette Blunt, a voluntary representation

Dear Cynthia:

I am enclosing an application to settle a lawsuit now pending on behalf of Ms. Blunt. She objects to the proposed settlement.

Kindly set a hearing on the application as soon as possible. I expect to be able to furnish a proposed settlement statement in the near future and certainly by the date of the hearing.

Thank you.

Very truly yours,

Henry C. Winiarski Jr.

cc: Robert J. Kor, Esq.
    Steven R. Dembo, Esq.

NOTICE OF HEARING
PC-130 REV. 2/00

Case 3:02-cv-00518-MRK  Document 41  Filed 03/22/2004  Page 7 of 8

STATE OF CONNECTICUT
COURT OF PROBATE
[*Type or print in black ink.*]

| COURT OF PROBATE, DISTRICT OF Hartford | DISTRICT NO. 064 |
|---|---|

**ESTATE OF/IN THE MATTER OF**

Antoinette Blunt  (99-2090)

**DATE OF ORDER**

February 6, 2004

**PETITIONER**
Henry C. Winiarski Jr., Esq., 941 Wethersfield Ave., Hartford, CT 06106

| DATE OF HEARING | TIME OF HEARING | PLACE OF HEARING [*Street and Town*] |
|---|---|---|
| February 19, 2004 | 9:45 AM | Hartford Probate Court<br>250 Constitution Plaza, 3rd Floor<br>Hartford, CT 06103- |

UPON THE APPLICATION OF THE PETITIONER FOR authorization to compromise and settle a doubtful and disputed claim in favor of said estate, AS PER APPLICATION ON FILE MORE FULLY APPEARS.

IT IS ORDERED THAT:

Said application be heard and determined at the court of probate at the place, date, and time indicated above

BY ORDER OF THE COURT

................................................................
Judge, Ass't Clerk

Please read the following for the specifics as to your appearance:

The Court does require the appearance of the petitioner/conservator Attorney Henry C. Winiarski, Jr., and the attorneys on the civil case Robert J. Kor and Steven R. Dembko.

All other interested parties are invited to attend the hearing and required to do so if they have any information of relevance to the Court pertaining to this matter.

*NOTICE OF THE COURT'S RELOCATION*
As of July 1, 2002, the Court is located at 250 Constitution Plaza, Hartford, CT 06103.
The telephone number is changed to (860) 757-9150.

**SPECIAL NOTICE**

If you wish to attend this hearing, but are unable to do so because of physical incapacity, please call or write the probate court indicated above. The telephone number of the court is 860-757-9150

FEB 0 9 2004

**GENERAL RELEASE**

**TO ALL WHOM THESE PRESENTS SHALL COME OR MAY CONCERN:**

Greetings, Know Ye, That I, Henry Winiarski, Conservator of the Estate and Person of Antoinette Blunt, with probate court approval and authority to sign said release, for and in consideration of the sum of Fifteen Thousand ($15,000.00) Dollars, lawful money of the United States of America in hand paid by the Brandon O'Brien and City of Hartford, its agents, servants, employees and official, the receipt whereof is hereby acknowledged, have remised, released and forever discharged, and by these presents do for myself, my heirs, executors and administrators, remise, release and forever discharge the said Brandon O'Brien and City of Hartford, its agents, servants, employees and official, their heirs, executors and administrators, of and from all, and all manner of action and actions, causes and causes of action, suits, debts, dues, sums of money, accounts, reckoning, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, judgments, extents, executions, claims and demands whatsoever in law or in equity, which against I ever had, now have or which my heirs, executors or administrators, hereafter can, shall or may have for, upon or by reasons of any matter, cause or thing whatsoever from the beginning of the world to the day of these presents, especially in connection with an incident, which occurred on March 31, 2000, and more particularly described in a lawsuit bearing Civil Action No.: 3:02 CV 0518 (MRK), pending in the United States District Court.

Signed this 26th day of February, 2004.

_____
Henry Winiarski, Conservator of the
Estate and Person of Antoinette Blunt

State of Connecticut:

County of Hartford :ss: Hartford    February 26, 2004

Personally Appeared, Henry Winiarski, Conservator of the Estate and Person of Antoinette Blunt, signer of the foregoing instrument, and acknowledged the same to be her free act and deed, before me.

_____
Nancy J. Matthews
Notary Public / MCE 5/31/05
Commissioner of the Superior Court