UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
MAR 23  11 35 AM '04
U.S. DISTRICT COURT

| | |
|---|---|
| ANTOINETTE BLUNT, ET. AL.<br>Plaintiffs | CIVIL ACTION NO.<br>: 3:02 CV0518 MRK |
| V. | : |
| BRANDON O'BRIEN, ET. AL.<br>Defendants | : MARCH 18, 2004 |

## AFFIDAVIT OF HENRY C. WINIARSKI JR.

STATE OF CONNECTICUT   )
                       ) ss: WEST HARTFORD    March 18, 2004
COUNTY OF HARTFORD     )

Personally appeared Henry C. Winiarski Jr., of 941 Wethersfield Avenue, Hartford, Connecticut, and being previously sworn deposes and says:

1. I am over the age of eighteen (18) years and believe in the obligation of an oath.

2. I am admitted to practice law in the State of Connecticut.

3. For all relevant periods of time during the course of this action, and prior thereto, I was the Conservator of the Person and Estate of Antoinette Blunt, pursuant to an appointment by the Hartford Probate Court. The appointment of a Conservator for Ms. Blunt was related to a severe motor vehicle accident that she suffered in 1998, resulting, in part, in a traumatic brain injury.

4. As Conservator of the Person and Estate of Antoinette Blunt I authorized Attorney Robert J. Kor, in or about May 2000, to investigate the facts surrounding an incident that occurred on March 31, 2000 with Antoinette Blunt and one or more officers of the Hartford Police Department.

1

5. As Conservator of the Person and Estate of Antoinette Blunt I authorized Attorney Robert J. Kor and Attorney Steven R. Dembo, in or about August 2001, to commence this civil rights action on behalf of Antoinette Blunt.

6. Throughout the course of this litigation, I have been kept informed of the progress of the case and advised of its strengths and weaknesses.

7. As Conservator of the Person and Estate of Antoinette Blunt, I authorized Attorney Kor and Attorney Dembo to settle Plaintiffs' claims for $15,000.00, subject to approval by the Hartford Probate Court. I had been advised that this was the amount that Magistrate Judge Garfinkle had recommended at a settlement conference on June 23, 2003. It was also my understanding that Antoinette Blunt was at that conference and had at that time agreed to accept $15,000.00 in settlement.

8. On February 19, 2004, the Hartford Probate Court, Judge Robert Killian, Jr. presiding, held a hearing to consider the Application for Authority to Compromise Doubtful or Disputed Claim that I had filed on or about February 5, 2004. At the hearing, in addition to myself, were Attorney Kor and Antoinette Blunt. The Court was provided with a full accounting of all expenses/costs expended in the litigation along with proposed distributions of settlement proceeds. Attorney Kor summarized the litigation and the terms of the proposed settlement. Ms. Blunt informed the Court that she objected to the amount of the settlement. Despite her objections, Judge Killian indicated that he found the $15,000.00 settlement to be reasonable and authorized me to accept the settlement on behalf of Antoinette

Blunt.

*[signature]*

Henry C. Winiarski Jr.

Subscribed and sworn to before me this 18th day of March 2004.

*[signature: Shannon D Cyr]*

~~Commissioner of the Superior Court~~/Notary Public
My Commission Expires:

**SHANNON D. CYR**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES FEB. 28, 2009

3