UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANTOINETTE BLUNT, | : | |
| Individually and by/through | : | |
| HENRY WINIARSKI, Conservator of | : | |
| the Estate and Person of Antoinette | : | NO. 3:02CV518(MRK) |
| Blunt, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BRANDON O'BRIEN and | : | |
| THE CITY OF HARTFORD, | : | |
| Defendants | : | |

## ORDER

The Court GRANTS Antoinette Blunt's oral request for an extension of time to respond to the Court's Order to Show Cause [doc. #39, 40]. Ms. Blunt will file her response to the Order to Show Cause, as described in the Order, by **April 2, 2004.** The Court will not rule on any of the outstanding motions until all responses to the Order to Show Cause have been filed.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: March 23, 2004