

FILED

Mar 23  12 54 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

ANTOINETTE BLUNT,
Individually and by/through
HENRY WINIARSKI, Conservator of
The Estate and Person of Antoinette
Blunt
                    Plaintiff               : CIVIL ACTION NO.:
                                               3 02 CV0518 MRK

VS.

BRANDON O'BRIEN and
THE CITY OF HARTFORD,
          Defendants                   : March 22, 2004

## DEFENDANTS' RESPONSE TO COURT'S ORDER REGARDING STATUS OF FILE

The defendants, pursuant to the court's order dated March 12, 2004, hereby

attach a relevant affidavit and exhibits supporting the dismissal.

                              DEFENDANTS

                              By _____
                                 William J. Melley III
                                 250 Hudson Street
                                 Hartford, Connecticut 06106
                                 (860) 247-9933
                                 fax: (860) 247-9944
                                 Federal Bar No. CT 06355

## **CERTIFICATION**

This is to hereby certify that a copy of the foregoing was mailed this date to:

Steven R. Dembo, Esquire
Berman, Bourns, Aaron & Dembo, LLC
970 Farmington Avenue
West Hartford, CT 06107

Robert J. Kor, Esquire
1001 Farmington Avenue
West Hartford, CT 06107

William J. Melley III

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANTOINETTE BLUNT,
Individually and by/through
HENRY WINIARSKI, Conservator of
The Estate and Person of Antoinette
Blunt
               Plaintiff          : CIVIL ACTION NO.:
                                       3 02 CV0518 MRK

VS.

BRANDON O'BRIEN and
THE CITY OF HARTFORD,
               Defendants        : March 22, 2004

## <u>AFFIDAVIT OF WILLIAM J. MELLEY III</u>

I, William J. Melley III, hereby make affidavit and state:

1.      I am over the age of eighteen years of age and understand the meaning

of an oath.

2.      Following numerous discussions with plaintiff's counsel Steven

Dembo and Robert Kor, the undersigned did secure an authorization from the

Hartford City Council on January 26, 2004 to settle the above-entitled matter.

3.      Thereafter on January 27, 2004, the undersigned did communicate

with plaintiff's counsel and reached an agreement on January 29, 2004 regarding a

settlement of the case subject to approval of the Hartford Probate Court.

4.    Although I have received phone calls from Ms. Blunt, I have not spoken to her regarding her position on these issues.

5.    On February 20, 2004, I received a fax from plaintiff's counsel, Steven Dembo, a copy which is attached as Exhibit "A" referencing the Probate Court approval of the resolution of the case.

6.    Thereafter, I received a written release of all claims in the pending lawsuit signed by plaintiff Henry Winiarski, a copy which is attached as Exhibit "B".

7.    In a telephone call to the Hartford Probate Court, confirmation was made this date that, in fact, no appeal was filed with the court's order approving settlement, said appeal to have been filed no more than 30 days after the order of February 19, 2004.

8.    On March 5, 2004, I mailed the settlement funds to plaintiff's counsel, pursuant to the instructions of Exhibit "A".

9.    As defense counsel for the defendants, I signed the Stipulation of Dismissal with Prejudice.

10.    The filing of the Stipulation of Dismissal, which was done by myself,

was timed with the actual transmission of the settlement funds to Attorney Dembo.

_____
William J. Melley III

Subscribed and sworn to before me this 22nd day of March, 2004.

_____
Betty J. Dombrowski
Notary Public
My Commission Expires:  9/30/08

EXHIBIT A

# BERMAN, BOURNS, AARON & DEMBO, LLC

### ATTORNEYS AT LAW
970 FARMINGTON AVENUE
WEST HARTFORD, CONNECTICUT 06107
TELEPHONE (860) 232-4471

JOHN ARTHUR BERMAN
COURTNEY B. BOURNS
BARBARA D. AARON
STEVEN R. DEMBO
JO-ELLEN ZERESKI
KELLY L. BABBITT

JOHN K. CURRIE, of counsel

FAX (860) 521-4605

AUTHOR'S EMAIL:
sdembo@westhartfordlaw.com

February 20, 2004

## VIA FAX ONLY

William J. Melley III, Esq.
Law Office of William J. Melley III, Esq.
250 Hudson Street
Hartford, Connecticut 06106

    Re:    Antoinette Blunt v. Brandon O'Brien, et al

Dear Jay:

    This is to confirm our conversation that the probate court has approved the settlement of this matter in the total sum of $15,000.00. My tax i.d. number is as follows: 06-0868373. Kindly forward to me a check which I will hold in escrow. When you forward the check, please indicate who the release should be made out to, including all parties that you desire to be released.

    You have also agreed to prepare the stipulation for dismissal and other federal court paperwork necessary to resolve the litigation.

        Very truly yours,

        Steven R. Dembo

SRD/scm

cc:    Robert J. Kor, Esq.

EXHIBIT "B"

### GENERAL RELEASE

### TO ALL WHOM THESE PRESENTS SHALL COME OR MAY CONCERN:

Greetings, Know Ye, That I, Henry Winiarski, Conservator of the Estate and Person of Antoinette Blunt, with probate court approval and authority to sign said release, for and in consideration of the sum of Fifteen Thousand ($15,000.00) Dollars, lawful money of the United States of America in hand paid by the Brandon O'Brien and City of Hartford, its agents, servants, employees and official, the receipt whereof is hereby acknowledged, have remised, released and forever discharged, and by these presents do for myself, my heirs, executors and administrators, remise, release and forever discharge the said Brandon O'Brien and City of Hartford, its agents, servants, employees and official, their heirs, executors and administrators, of and from all, and all manner of action and actions, causes and causes of action, suits, debts, dues, sums of money, accounts, reckoning, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, judgments, extents, executions, claims and demands whatsoever in law or in equity, which against I ever had, now have or which my heirs, executors or administrators, hereafter can, shall or may have for, upon or by reasons of any matter, cause or thing whatsoever from the beginning of the world to the day of these presents, especially in connection with an incident, which occurred on March 31, 2000, and more particularly described in a lawsuit bearing Civil Action No.: 3:02 CV 0518 (MRK), pending in the United States District Court.

Signed this 26th day of February , 2004.

_____
Henry Winiarski, Conservator of the
Estate and Person of Antoinette Blunt

State of Connecticut:

County of Hartford :        :ss: Hartford        February 26, 2004

Personally Appeared, Henry Winiarski, Conservator of the Estate and Person of Antoinette Blunt, signer of the foregoing instrument, and acknowledged the same to be her free act and deed, before me.

_____
Nancy A Matthews
Notary Public / MCE 5/31/05
Commissioner of the Superior Court