Antoinette Blunt
Plaintiff

FILED
MAR 24 12 53 PM 2004
U.S. DISTRICT COURT
NEW HAVEN, CONN.

3:02CV518 MRK

v

Brandon O'Brien and
The City of Hartford

Motion to transfer

I request from the presiding Judge to transfer my case to the U.S District Court in Hartford, CT. I ask for this, In sight of I am without reliable transportation my only option is to utilize public transportation. I am financially incapable of traveling through Charter Service an still be able to contribute to cab fare on a continuance basis. My only income is Social Security Disability and Long-term disability from my prior employer. What I also have to consider is becoming able to leave Court in time enough to catch the appropriate Charter to arrive back in Hartford and to catch Public

transportation to pick up my daughter who is 3yrs old at the daycare by 5 p.m. If I'm not back to the childcare facility by 5 p.m. on a continuance basis she may be suspended for 3 days, I would then have to pay a late fee and eventually she will be terminated from the daycare. I ask again humbly to transfer my case to the U.S. Hartford District Court on main st, where I know that my promptness, ability and time management will be successfully accured in a wisely fashion

plaintiff Antoinette Blunt

By  *Antoinette Blunt*     Date March 22, 2004
    Antoinette Blunt

Certification of Service

Robert Kor
1001 farmington ave
West Hartford, CT 06107
Telephone (860) 521-2806

William J Melley III
250 Hudson St
Hartford, CT 06106

Steven R. Dembo
Berman, Bourns, Aaron & Dembo
920 Farmington Ave
West Hartford, CT 06107
Telephone (860) 232-4471

*Antoinette Blunt* (signature)