Antoinette Blunt
plaintiff

FILED
Mar 24  12 53 PM '04
Civil Action NO.
3:02CV518(MRK)
NEW HAVEN CT

v

Brandon O'Brien and
The City of Hartford

### Motion to Respond to the Order

I request enough time to respond to the orders that were sent from the New Haven US District Court that limits my time till tommorrow March 23, 2004 to dismiss the case. I am unaware and have not been contacted by either of the attorneys on any of the matter prior or current at hand. I field a grievance with the Statewide Grievance Commitee approxiamately the last week in Feb 2004. Attorney Dembo & Attry Kor do not represent me and perhaps that is why I am more in the dark and unaware of what is going on. I still