Antonette Blunt
    Plaintiff

v

Brandon O'Brien and
the City of Hartford

FILED
Mar 24  12 54 PM '04
Civil Action No.
3:02CV518 MRK

## Motion of Withdrawal of Counsel

I request and would like it documented that I request to withdraw my Attorney's Steven R Dembo and Robert Kor. I have field a State Grievance against both attorneys approximately the Last week of febuary. The case is still pending with the Hartford J.D. for GA 13 & the town of Hartford Griev. Panel. Both attorney's recieved a copy of the grievance complaint and I thought that when they did recieve it, they would withdrawl counsel. Instead I call the US District Court of New Haven and found

out that they filed a dismissal of the case. I have never recieved anything from the District Court or have either attorney contacted me to let me know the status of this situation. This is normal and not surprising to me, because this has been going on for some time now. I certified a letter to the one and only attorney I hired and paid $3075.00 to for a request on our prior fee agreement. I still haven't recieved anything from him. I feel I have been taken by these attorney's. They tried to go over my head to the probate court judge to make me accept the offer given by the defendant's attorney, without even presenting all of the medical reports on me & my daughter. I myself

**EARLY CONNECTIONS**
*for Infants and Toddlers*
*71 Mountain Road*
*Newington, CT  06111*

STATE OF CONNECTICUT USD#3

## INITIAL DEVELOPMENTAL ASSESSMENT

**IDENTIFYING INFORMATION:**
**NAME:** Aaliyah Blunt
**AGE:** 23-months
**PARENT:** Antionette Blunt
**ADDRESS:** 305 Garden St. 3rd floor
　　　　　Hartford, CT. 06112
**TELEPHONE:** 548-9461

**DATE OF BIRTH:** 10/12/00
**DATE OF ASSESSMENT:** 10/10/02

**HEALTH SUMMARY:**
**PRIMARY HEALTH CARE PROVIDER:**
Dr. Distefano
970 Farmington Ave.
West Hartford, CT. 06107
561-4300

Antionette is concerned with Aaliyah's development because of a physical assault on her when she was pregnant with Aaliyah.

**EVALUATION/ASSESSMENT PROCESS:**
Aaliyah was evaluated at home, with her mother present to answer developmental questions. Her mother based on concerns regarding speech and language delays referred Aaliyah.

The, **Rossetti Infant-Toddler Language Scale, Battelle Developmental Inventory (BDI)** along with parent report and clinical observation were used to complete the evaluation. These assessment tools assist in providing information regarding a child's development in the major skill areas which follow in order to determine eligibility for birth to three services.

The following assessment tools were used:
Battelle Developmental Inventory (BDI)
Rossetti Infant-Toddler Language Scale
Observation

**Battelle Developmental Inventory (BDI)** is a standard evaluation tool used for eligibility purposes that allows the evaluator to obtain an age equivalent and a z score. A significant delay is evident when:
1. A z score is -2.00 or below (two or more standard deviations below the mean) in one area of development
or,
A z score is between -1.99 and -1.50 (1.5 standard deviations below the mean) in two or more areas of development.

**Rossetti Infant-Toddler Language Scale** is a criterion referenced instrument designed to assess the language skills of children from birth through 36 months of age. The scales assesses preverbal areas of communication and interaction. The examiner may directly observe or elicit a behavior from the child and/or parental report gives equal credit. Results reflect the child's mastery of skills in each of the assessed at three-month intervals.

The following is a description of Aaliyah skills in the above mentioned areas based on her performance today.

## DEVELOPMENTAL AREAS

**GROSS MOTOR:** (large movements such as rolling, sitting, crawling, walking, stair climbing, balance, body awareness, quality of movements, muscle tone, and motor planning)
**(Battelle z-score: -0.08)**
Aaliyah is able to move throughout her environment without difficulty. She is able to squat to pick up a toy and returns to standing. She is able to throw and kick a ball. Aaliyah was observed to stand on one foot momentarily. Aaliyah is able to run and climb on and off furniture without assistance. Aaliyah's mother reports that Aaliyah refuses to climb stairs with assistance and will go up on all fours without assistance. It appears that Aaliyah would be able to climb stairs with support.

**FINE MOTOR/PERCEPTUAL:** (small movements such as grasping, stacking, use of fingers and hands, pre-writing skills, integration of senses, fluidity of movements, motor planning, visual tracking)
**(Battelle z-score: -0.74)**
Aaliyah is able to transfer object from one hand to another. She will pick up small objects using a neat pincer grasp. Aaliyah was able to place rings on post in random order. She was able to build a tower of several cubes. Aaliyah is not yet able to strings beads or open a door by turning a knob. She will remove a raisin that is in a bottle.

**COMMUNICATION:** (understanding and expressing needs or wants, following directions, child's gestures, sounds, words, how communication is used, spontaneity, quality of sound/voice, fluency) **(Battelle: z score: _1.13)**
**Receptive Language:** Aaliyah is an active little girl who loves to interact with adults in conversational contexts. She briefly hesitated to accept materials from Birth – Three evaluators as she woke up, yet once engaged, participated in play readily. Aaliyah is eager to explore items and activities during play and routines. She readily imitates movements and sounds during preferred activities. However, Aaliyah's attention to models during adult directed or language dependent evaluation tasks was inconsistent. Over time, Aaliyah became less interested in materials and interactions, especially for tasks involving requests or listening. It should be noted that Aaliyah may hear Spanish as well as English within her environment. Receptive language scores according to both the BDI and Rossetti indicate a delay, with age equivalents up to 16 months.

**Expressive Language:** Aaliyah uses gestures, vocalization, syllables, and some word or phrase approximations to request, direct attention, interact and respond to conversation with familiar people. Examples of Aaliyah's vocabulary include "Yea, over here", "Dame mommy", "What's that?", "Gato", "Bus", "Hi", "Bye", "Uh oh" & "Fuzzy". Expressive language scores are acceptable, exceeding listening at this time with age equivalent range 19 – 21 months.
Overall communication development is within age range.

**COGNITION:** (memory, problem-solving, play skills, attending)
**(Battelle z-score: -2.33)**
Aaliyah will explore and investigation her surrounds. She appeared to enjoy cause and effect activities but had difficulty attending to matching activities and memory testing items. Aaliyah was able to locate a toy that was hidden under a cloth and searched for removed toys. Aaliyah reached around a barrier to obtain a toy. She is able to operate cause and effect toys independently.

**ADAPTIVE:** (dressing, toileting, feeding, oral motor skills, sleep patterns, eating habits and safety issues)
**(Battelle z-score: -2.33)**
Aaliyah showed a significant delay in her attending skills. Her mother reports that Aaliyah is very active and attends to activities for only short periods of time. Mom reports that at the daycare Aaliyah will not stay with the group activity for very long.

| DECREE/RELEASE FROM VOLUNTARY REPRESENTATION CM-34 | STATE OF CONNECTICUT COURT OF PROBATE | Recorded |

Court of Probate, District of Hartford                                    District No. 064

IN THE MATTER OF

## ANTOINETTE BLUNT

Conservator of estate:

        Henry C. Winiarski, Jr., Esq.
        941 Wethersfield Ave.
        Hartford, CT 06114

Present, Hon. Robert K. Killian, Jr., Judge

A written notice requesting release from voluntary representation having been presented to this Court, and after review of the file and with the knowledge of the conservator,

THE COURT FINDS that:

Thirty days have elapsed since the receipt of said notice and that Antoinette Blunt is no longer under voluntary representation, pursuant to C.G.S. Sec. 45a-647.

WHEREFORE, IT IS ORDERED AND DECREED that:

**Antoinette Blunt** is hereby released from voluntary representation.

AND IT IS FURTHER ORDERED AND DECREED that:

The conservator of the estate file an inventory and final account with the Court forthwith and restore the remaining assets of the estate to the ward subject to paying the outstanding probate court fees in the amount of $175 and retaining a reserve of $75 for the probate court fee for the final account.

Dated at Hartford, Connecticut, this 22nd day of March, 2004.

                                                  Robert K. Killian, Jr., Judge

A TRUE COPY
ATTEST: _____
                ASSISTANT CLERK

Case 3:02-cv-00518-MRK    Document 48    Filed 03/24/2004    Page 6 of 9

STATE OF CONNECTICUT



Daniel B. Horwitch
Statewide Bar Counsel
(860) 568-5157

CERTIFIED
RETURN RECEIPT

**STATEWIDE GRIEVANCE COMMITTEE**

Second Floor – Suite Two
287 Main Street, East Hartford, Connecticut 06118-1885

ANTOINETTE BLUNT
305 GARDEN STREET
HARTFORD          CT 06112

03/08/2004

RE: GRIEVANCE COMPLAINT #04-0212A
    BLUNT vs. KOR
    NOTICE OF ASSIGNMENT

Dear Antoinette Blunt:

The grievance complaint which you filed against Attorney Robert J. Kor has been received and referred to the Hartford J.D. for GA 13 & the Town of Hartford Griev. Panel.

The Panel can be contacted, in care of its counsel, as follows:
    Attorney John J. Quinn
    248 HUDSON STREET         ~~242-0235~~   527-2245
    HARTFORD, CT   06106

Please be sure to notify both the undersigned and the grievance counsel noted above of any change of address or of your telephone number during the pendency of proceedings on your complaint. You are not required to retain an attorney to represent you in connection with the grievance complaint. If you do, however, retain an attorney, please direct the attorney to file an appearance with the grievance panel and with the Statewide Grievance Committee.

If on the Complaint Against Attorney form you listed any persons having knowledge of the subject of the complaint, please request those individuals to submit in writing to the panel counsel indicated above any relevant information they have regarding your complaint.

If at any time you have any questions about the grievance procedures, please contact the undersigned or the grievance counsel listed above.

Sincerely,

Daniel B. Horwitch

cc: Attorney Robert J. Kor

www.jud.state.ct.us

STATE OF CONNECTICUT



|  |  |
|---|---|
|  | Daniel B. Horwitch<br>Statewide Bar Counsel<br>(860) 568-5157 |

CERTIFIED
RETURN RECEIPT

## STATEWIDE GRIEVANCE COMMITTEE

Second Floor – Suite Two
287 Main Street, East Hartford, Connecticut 06118-1885

ANTOINETTE BLUNT
305 GARDEN STREET
HARTFORD       CT  06112

03/08/2004

RE:  GRIEVANCE COMPLAINT #04-0212B
     BLUNT vs. DEMBO
     NOTICE OF ASSIGNMENT

Dear Antoinette Blunt:

   The grievance complaint which you filed against Attorney Steven R. Dembo has been received and referred to the Hartford J.D. for GA 13 & the Town of Hartford Griev.Panel.

   The Panel can be contacted, in care of its counsel, as follows:
      Attorney John J. Quinn
      248 HUDSON STREET        527-2245
      HARTFORD, CT   06106



   Please be sure to notify both the undersigned and the grievance counsel noted above of any change of address or of your telephone number during the pendency of proceedings on your complaint. You are not required to retain an attorney to represent you in connection with the grievance complaint. If you do, however, retain an attorney, please direct the attorney to file an appearance with the grievance panel and with the Statewide Grievance Committee.

   If on the Complaint Against Attorney form you listed any persons having knowledge of the subject of the complaint, please request those individuals to submit in writing to the panel counsel indicated above any relevant information they have regarding your complaint.

   If at any time you have any questions about the grievance procedures, please contact the undersigned or the grievance counsel listed above.

                                        Sincerely,

                                        Daniel B. Horwitch

cc:  Attorney Steven R. Dembo

www.jud.state.ct.us

STATE OF CONNECTICUT



## STATEWIDE GRIEVANCE COMMITTEE

www.jud.state.ct.us

Second Floor – Suite Two
287 Main Street, East Hartford, Connecticut 06118-1885

Daniel B. Horwitch
Statewide Bar Counsel
(860) 568-5157

ANTOINETTE BLUNT
305 GARDEN STREET
HARTFORD            CT 06112

03/15/2004

RE:  GRIEVANCE COMPLAINT #04-0212A
     BLUNT vs. KOR
     NOTICE OF REASSIGNMENT

Dear Antoinette Blunt:

Due to the inability of the Grievance Panel to investigate the above referenced grievance complaint which you filed, it has been returned to this office for reassignment. It has now been assigned to the N.B JD&Htfd JD/GA12&Avon,Blmfld,Cantn,Frmngtn,WHtfd GrievPnl.

The Panel can be contacted, in care of its grievance counsel, as follows:

18 MAIN STREET, P.O. BOX 353
ELLINGTON, CT 06029-0353

Please be sure to notify both this office and the new grievance counsel noted above of any change of address or of your telephone number during the pendency of proceedings on your complaint.

Sincerely,

Daniel B. Horwitch

cc:  Attorney Robert J. Kor

```
                    Compuscore for the BDI
                         Complete Test
               10/11/2002      12:36 pm
================================================================
Name: AALIYAH BLUNT              ID: 47336
                                                         Page: 1
================================================================

School/Program: EARLY CONNECT    Complete Test Date: 10/10/2002
Teacher: WIILIAM J. MEAKIM       Date of Birth: 10/12/2000
Examiner:                        Age in Months (Complete): 23

                              Raw     Percentile   Standard    Age Equiv.
BDI Component                 Score     Rank       z Score     in Months
-----------------------------------------------------------------------
Personal-Social Domain
   Adult Interaction           34        80         +0.84
   Expression of Feelings/Affect 18      72         +0.58
   Self-Concept                  6        6         -1.56
   Peer Interaction             10       46         -0.10
   Coping                        4       66         +0.41
   Social Role                   2       NA          NA
      Personal-Social Total     74       65         +0.39       23

Adaptive Domain
   Attention                    12        1         -2.33
   Eating                       20        4         -1.75
   Dressing                      7       65         +0.39
   Personal Responsibility       0        1         -2.33
   Toileting                     0       NA          NA
      Adaptive Total            39        1         -2.33       15

Motor Domain
   Muscle Control               12       NA          NA
   Body Coordination            18       74         +0.64
   Locomotion                   18        6         -1.56
      Gross Motor Score         48       47         -0.08       21
   Fine Muscle                  14        9         -1.34
   Perceptual Motor             10       26         -0.64
      Fine Motor Score          24       23         -0.74       19-20
      Motor Total               72       41         -0.23       21

Communication Domain
   Receptive                    12        4         -1.75       15-16
   Expressive                   18       22         -0.77       18-19
      Communication Total       30       13         -1.13       16

Cognitive Domain
   Perceptual Discrimination     8        1         -2.33
   Memory                        8        1         -2.33
   Reasoning and Academic Skills 4       14         -1.08
   Conceptual Development        2        9         -1.34
      Cognitive Total           22        1         -2.33       14

BDI TOTAL                      237       32         -0.47       21
```